# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: <br><br> GEORGE GUY WILLIS <br> SSAN: XXX-XX-7773 <br><br><br><br><br> Debtor(s) | Case No. 16-32305-DHW <br> Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on August 23, 2016.

2. The debtor(s) §341 Meeting of Creditors was held October 06, 2016.

(**X**) The following creditor was listed as unsecured, but filed their claim as secured or priority. The debtor's plan fails to make provisions for this claim:

    Creditor: INTERNAL REVENUE SERVICE
    Trustee's Claim Number: 13
    Account Number: 7773/NO PROV
    Claim Amount: $8,957.26
    Court Claim Number: 6
    Claim Filed As: PRIORITY/SPLIT

(**X**) The following creditor was not listed in the debtor's schedules but filed their claim as priority or secured. The debtor's plan fails to make provisions for this claim:

    Creditor: ALABAMA HOUSING FINANCE
    Trustee's Claim Number: 3
    Account Number:
    Claim Amount: $0.00
    Court Claim Number:
    Claim Filed As: SECURED MORTGAGE DEBTS

(**X**) Debtor(s) was to file an adversary proceeding to strip the second lien of AHFA..

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this October 28, 2016.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P.O. Box 173<br>Montgomery, AL  36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: hayest@ch13mdal.com | Sabrina L. McKinney<br>Acting Chapter 13 Trustee<br><br><br>By:/s/ *Tina J. Hayes*<br>Tina J. Hayes |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  October 28, 2016.

Copy to: DEBTOR(S)  
      JOSHUA C MILAM

/s/ *Tina J. Hayes*  
Tina J. Hayes